

**IT IS ORDERED as set forth below:**

**Date: June 1, 2020**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-59329-SMS |
| | : | |
| ROBERT MONTGOMERY and PATRICIA MONTGOMERY, | : : | CHAPTER 7 |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT OF MOTOR VEHICLE ACCIDENT CLAIM UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On May 4, 2020, Michael J. Bargar, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates (the "**Estate**") of Robert Montgomery ("**Mr. Montgomery**") and Patricia Montgomery (together with Mr. Montgomery, "**Debtors**"), filed his *Motion for Approval of Settlement of Motor Vehicle Accident Claim under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 71] (the "**Motion**"), seeking an order, among other things, approving a settlement agreement (the "**Settlement Agreement**") between Trustee and Allstate Fire and Casualty Insurance Company

15041542v1

("**Allstate**", and collectively, the "**Parties**") wherein, *inter alia*,[1] Allstate agreed to tender payment of $50,000.00 to Trustee for the Incident[2] as a settlement of Mr. Montgomery's claim(s) against Lukas Jack Shoultz and Emily Shoultz related to the Incident (the "**Settlement**"). The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On May 5, 2020, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 73] (the "**Notice**") regarding, among other things, the Motion, in accordance with General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on May 5, 2020. [Doc. No. 74].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement and the Settlement Agreement are approved and the terms of the Settlement Agreement are incorporated herein. It is further

---

[1] The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement controls.

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed in the Motion.

15041542v1

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

### [END OF DOCUMENT]

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
　　Michael J. Bargar
　　Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jared L. Mitnick
Daniel W. Mitnick & Associates, P.C.
Suite 103
3180 North Point Parkway
Alpharetta, GA 30005

Robert Montgomery
615 Hermitage Place
Alpharetta, GA 30005

15041542v1

Patricia Montgomery
615 Hermitage Place
Alpharetta, GA 30005

Joel E. Hausman
Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

15041542v1