UNITED STATES BANKRUPTCY COURT

Northern District of Georgia - Atlanta Division

| IN RE:<br><br>Robert Montgomery and Patricia Montgomery<br><br>Debtor. | Case No.   19-59329-sms<br><br>Chapter   7 |
|---|---|

# NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Brian K. Jordan, Bar No., 113008, of the law firm of Aldridge Pite, LLP substitutes in as new counsel ("New Attorney") in place of original counsel, Andrew H. McCullen, Bar No. 872658 ("Original Attorney"), on the above referenced case. The undersigned New Attorney hereby requests that all future pleadings, motions, notices, correspondence, and other papers in relation to the above referenced case be sent to the undersigned New Attorney.

Dated:   7/26/2021                                     /s/ Andrew H. McCullen
                                                                    Signature of Original Attorney
                                                                    Andrew H. McCullen

Dated:   7/26/2021                                     /s/ Brian K. Jordan
                                                                    Signature of New Attorney
                                                                    Brian K. Jordan